UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TOMBELL CORPORATION D/B/A          CIVIL ACTION
KIRBY RESTAURANT SUPPLY
                                   NUMBER 07-866-JVP-DLD
VERSUS

BOB G. DEAN, JR., ET AL

<u>ORDER</u>

A review of the Complaint reveals that there is no basis of jurisdiction asserted, although the court assumes the basis is 28 U.S.C. § 1332, diversity.  The citizenship of the parties is not adequately alleged; that is, the citizenship of all of the members of the limited liability companies, Opelousas Land Holding Company and Oak Park Health Care Center, is not alleged.  A party seeking to invoke the federal diversity jurisdiction must affirmatively allege all party citizenship particulars both at the time of suit and at the time of removal. For a limited liability company, case law suggests that the citizenship of a limited liability company for diversity purposes is determined by the citizenship of its members. See *Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998).   Also, it is unclear whether defendant Louisiana Health Care Consultants is a limited liability corporation, or otherwise. In any case, its citizenship must be properly alleged.  Furthermore, the citizenship of the plaintiff is not properly alleged, as the state of incorporation and principal place of business are not stated as such.  Therefore,

**IT IS ORDERED** that the plaintiff shall file an amended complaint, properly alleging the citizenship of the parties on or before **February 1, 2008**.  Failure to timely comply with

this order may result in remand of this action for failure to demonstrate the presence of federal jurisdiction.

Signed in Baton Rouge, Louisiana, on January 22, 2008.

_____

**MAGISTRATE JUDGE DOCIA L. DALBY**